# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 20, 2014

## NO. 03-13-00521-CV

**Wendi Mae Davidson, Appellant**

**v.**

**Judy Kay Davidson and Robert Lloyd Davidson, Appellees**

**APPEAL FROM 340TH DISTRICT COURT OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the order signed by the district court on August 9, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.